UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHAN M ALFONSO PARRA,

    Plaintiff,

v.

SECRETARY KRISTI NOEM, WARDEN MATTHEW MORDANT, ATTORNEY GENERAL PAMELA JO BONDI, GARRETT RIPA, TODD LYONS, CHARLES PARRA,

    Defendants.

Case No. 2:25-cv-1116-KCD-DNF

## ORDER

Petitioner seeks habeas relief under 28 U.S.C. § 2241. (Doc. 1.) The Court finds that a response is appropriate. Accordingly, it is **ORDERED**:

1. The Clerk of Court is **DIRECTED** to send a copy of this Order, the Petition, with exhibits (Doc. 1) electronically to the United States Attorney's Office in Tampa, Florida (USAFLM.Alcatraz@usdoj.gov) and by certified mail to the Attorney General of the United States in Washington, D.C (U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001).

2. Petitioner is also directed to serve this order on Respondents by **December 16, 2025**, and file proof of service.

Under 28 U.S.C. § 2243, Respondents are **DIRECTED** to show cause why Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) should not be granted. After careful review of the petition and its attachments, the Court finds good cause to allow Respondents until **December 23, 2025**, to do so.

**ORDERED** in Fort Myers, Florida on December 3, 2025.

Kyle C. Dudek
United States District Judge